

# NUMBER 13-16-00284-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IWR OPERATING, LLC,                                                    Appellant,

v.

SUNBREAKER SERVICES, LLC,                                      Appellee.

### On appeal from the 135th District Court
### of Jackson County, Texas.

# ORDER

### Before Justices Garza, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court on the record and appellant's brief.   Appellant's brief was filed on June 24, 2016.   Appellee requested and obtained an extension to file a brief until August 24, 2016.   To date, appellee has not filed a brief.   The Court, having fully examined the record and appellant's brief hereby ORDERS appellee to file its brief

with this Court on or before October 10, 2016.   Further motions for extension of time will

not be favorably entertained by the Court.

PER CURIAM

Delivered and filed the
26th day of September, 2016.

2